United States Bankruptcy Court
Eastern District of Michigan

In re: John D. Quinlan,　　　　　　　　　　Chapter 13
　　　　　　　　　　　　　　　　　　　　　　Case No. 20-46145-mlo
　　　　　　　　　　　　　　　　　　　　　　Judge: Maria L. Oxholm
　　　　　　　　　　Debtor(s).
_____/

Debtor's Chapter 13 Confirmation Hearing Certificate
[To be completed fully]

　　　　At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ___ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. _X_ Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

Trustee Objection #1
Debtor Response: The proposed funding of the Plan is sufficient to pay all claims as proposed.

Trustee Objection #2
Debtor Response: Documentation regarding the IRS levies against debtor's business has been provided for review.

Trustee Objection #3
Debtor Response: Language has been included in the Order Confirming Plan to clarify that Section I.C. of the Plan shall be modified to reflect that it does include an avoidance of a security interest or lien.

Trustee Objection #4
Debtor Response: Debtor's counsel was advised by the Assistant U.S. Attorney's office that the current interest rate being requested on behalf of the IRS is 3%. An amended Plan has been filed, which changes the interest rate to 3% based on this information at which point creditor withdrew their objection to confirmation of the Plan. An Order Confirming Plan has been sent for creditor consent for further clarification.

Trustee Objection #5
Debtor Response: The equal monthly payment amount included is sufficient with the interest rate of 3%.

Trustee Objection #6
Debtor Response: Additional profit & loss statements for Q Engineering have been provided for Trustee review, which include the business income and monthly wages paid to debtor.

Creditor Objection: Rushmore Loan Management
Issues: An Order Confirming Plan has been provided to the Creditor's attorney for review and signature.

3. __ Request an adjournment of the confirmation hearing to _____, due to the following good cause:

4. ___ Dismiss the case. [The Court will construe this as a motion by the debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13. In that event, a separate motion to dismiss must be filed within 7 days.]

5. \_\_\_ Convert the case to chapter 7.  [The debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice.  Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]

/s/ John Z. Kallabat_____
John Z. Kallabat (P49891)
Attorney for Debtor(s)
31000 Northwestern Hwy, Ste 201
Farmington Hills, MI 48334
(248) 647-6611
ecf@kallabatlaw.com